**Order entered July 20, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00612-CV

**ABDUL HAMID RASUL AND ABRAHAM RASUL, Appellants**

**V.**

**AZIZI RAHMAN RASUL, M. SHUAIB RASUL, M. IQBAL RASUL, KHALIL RAHMAN RASUL, HABIB RAHMAN RASUL, M. AMIN RASUL, AND RHAMAN TYRES INTERNATIONAL (PRIVATE) LIMITED, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00061-2013**

## ORDER

Before the Court is appellants' July 18, 2017 unopposed joint motion to extend time to file appellants' brief. We **GRANT** appellants' motion and **ORDER** appellants' brief filed on or before **October 10, 2017**. We caution appellants that further requests for extension of time will be disfavored.

/s/    ELIZABETH LANG-MIERS
        JUSTICE